IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 13 |
| LaRon L. Gibson ) | No. 18-23571 |
| ) | Judge LaShonda A. Hunt |
| Debtor(s) ) | Trustee: Marilyn O. Marshall |

## NOTICE OF MOTION

    Please take notice that on May 20, 2019 at 9:30am or as soon thereafter as counsel may be heard, I shall appear before her Honor, Judge LaShonda A. Hunt in Courtroom 719 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Judge who may be presiding in her place and stead, and shall then and there present the motion of Raffy A. Kaplan to present a Motion to Modify the Confirmed Plan at which time and place you may appear if you so desire.

Dated:  April 29, 2019                    /s/ Raffy A. Kaplan
                                           Raffy A. Kaplan
                                           Attorney for Debtor

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989

## PROOF OF SERVICE

     I, Raffy A. Kaplan, an attorney, certify that a copy of this Notice and Motion were served upon the parties listed in the attached service list including debtor(s), trustee and all creditors by causing same to mailed in a properly addressed envelope, postage prepaid from the U.S. Postal Office Box at 25 East Washington St. Chicago, IL 60602 before 5:00 pm on April 29, 2019 unless a copy was provided electronically by the Bankruptcy Court.

                                            /s/*Raffy A. Kaplan*
                                            Raffy A. Kaplan

Service List

LaRon L. Gibson
1150 West 18th Street IL
Broadview, IL 60155

Marilyn O. Marshall (via electronic notice)
224 S. Michigan Ave., Ste. 800
Chicago, IL 60604

Office of The U.S. Trustee (via electronic notice)
219 S. Dearborn, Street, Ste. 873
Chicago, IL 60604

AT&T
c/o Diversified Consultants
P.O. Box 551268
Jacksonville, FL 32255

Bank of America Checking Account
P.O. Box 25118
Tampa, FL 33622-5118

Check n Go
1047 South York
Unit C
Bensenville, IL 60106

Child Support Division
28 N Clark
Room 200
Chicago, IL 60602

City of Chicago Dept. of Revenue*
Bankruptcy Department
121 N. LaSalle, Rm 107A
Chicago, IL 60604

City of Chicago Dept. of Revenue*
c/o Arnold Scott Harris PC
222 Merchandise Mart Pz, #1932
Chicago, IL 60654

City of Chicago Dept. of Revenue*
c/o Linebarger Goggan Blair & Samps
P.O. Box 06152
Chicago, IL 60606-0152

Comcast
c/o Diversified Consultants

P.O. Box 551268
Jacksonville, FL 32255

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

DMV
17 N. State St.
10th Floor
Chicago, IL 60602

ERC
P.O. Box 23870
Jacksonville, FL 32241-3870

Harris & Harris*
111 W. Jackson Blvd, Ste. 400
Chicago, IL 60604

Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794-9006

Illinois Department of Revenue*
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Dept. of Health and Family
Child Support Division
P.O. Box 19152
Springfield, IL 62794-9152

Illinois Dept. of Healthcare & Fami
2200 Churchill Rd.
Bldg. A, Floor 2
Springfield, IL 62702

Illinois Dept. of Healthcare & Fami
401 S. Clinton
5th Floor
Chicago, IL 60607

Illinois Dept. of Healthcare & Fami
509 S. Sixth St.
Springfield, IL 62701

Illinois Dept. of Healthcare/Family

Divison of Child Support
32 . Randolph, 10th Floor
Chicago, IL 60601

Internal Revenue Service
575 N. Pennsylvania Street
M/S SB380
Indianapolis, IN 46204

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Internal Revenue Service
230 S. Dearborn, MS 4401
Attn:  D.R. Calhoun-1248182
Chicago, IL 60604

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346

Linebarger, Goggan Blair & Sampson
233 S Wacker Dr # 4030
Chicago, IL 60606

Payday Loan Store
PLS Financial Bankruptcy Dept.
1020 N. McLean Blvd.
Elgin, IL 60123

PCC Community Wellness Center
Attn: 17468C
P.O. Box 14000
Belfast, ME 04915-4033

Peoples Gas*
Attn: Bankruptcy/Legal Department
200 E. Randolph Street, Floor 20
Chicago, IL 60601

Quest Diagnostics
P.O. Box 740397
Cincinnati, OH 45274-0397

Secretary of State
2701 S. Dirksen Parkway
Springfield, IL 62723

TitleMax of Illinois d/b/a TitleMax
398 Mannheim Road
Bellwood, IL 60104

Village of Oak Park
Parking Permits & Tickets Office
123 Madison Street
Oak Park, IL 60302

Village of Oak Park
P.O. Box 4563
Carol Stream, IL 60197-4563

West Suburban Medical Center
c/o CMRE Financial Services
3075 E. Imperial Hwy., Ste. 200
Brea, CA 92821-6753

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) Chapter 13 |
| LaRon L. Gibson | ) No. 18-23571 |
| | ) Judge LaShonda A. Hunt |
| Debtor(s) | )   Trustee: Marilyn O. Marshall |

## MOTION TO MODIFY THE CONFIRMED PLAN

Now comes the debtor's attorney, Raffy A. Kaplan and moves this court to modify the confirmed plan and in support of this motion states as follows:

1. On August 21, 2018 the debtor(s) filed a petition for relief pursuant to Chapter 13 of Title 11 U.S.C.

2. On January 28, 2019, debtor's case was confirmed at the rate of $230.00 per month for 45 months paying 100% to allowed secured and 10% to unsecured creditors; the plan presently stands at 70.28% to unsecured creditors.

3. In January 2019, the debtor fell upon a brief period of unemployment, he was let go due to cutbacks; this caused the debtor default under the chapter 13 plan;

4. The debtor has procured employment through Accurate Personal and has consented to payroll.

5. Pursuant to §1329 of the U.S. Bankruptcy Code, the court may modify the plan upon request of the debtor.

6. Under the new proposal, the debtor will pay the Trustee the same plan payment but will defer the default to the end of the plan term.

7. Based on the claims filed in this case, unsecured creditors will continue to receive 70.28% of their allowed claims.

8. The modified plan complies with the requirements of §1322 and §1325 of the U.S. Bankruptcy Code.

Wherefore, the debtor prays that this Honorable Court will authorize modification of debtor's plan deferring any default through April 21, 2019 providing for monthly payments to the Trustee of $230.00 for the remaining months of the plan, and any other relief that this Court deems just and proper under the circumstances.

Dated:  April 29, 2019

    Respectfully Submitted,

    /s/ Raffy A. Kaplan
    Attorney for Debtor

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989